### 23658. DODSON v. THE STATE.

GUERRY, J. 1. Under the evidence in this case it was proper for the court to charge the law as to confessions.

2. The evidence demanded the verdict of guilty, and the assignments of error other than the one dealt with above are without merit.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED DECEMBER 15, 1933.

*W. I. Geer,* for plaintiff in error.

*R. A. Patterson,* solicitor-general, *Hooper & Hooper,* contra.

### 22945. STURR v. SOUTHERN GROCERY STORES INC. et al.

MACINTYRE, J. The verdict not being demanded by the law and the evidence, the first grant of a new trial will not be disturbed. *Smith* v. *Maddox-Rucker Banking Co.,* 135 *Ga.* 151 (68 S. E. 1031) ; *Helmly* v. *Savannah Office Building Co.,* 13 *Ga. App.* 498 (79 S. E. 364) ; Civil Code (1910), § 6204.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED DECEMBER 18, 1933.

*Thomas E. Scott,* for plaintiff.

*Harold Hirsch, Marion Smith, M. E. Kilpatrick,* for defendant.